**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| CHADWICK MCQUEEN, AN INDIVIDUAL; AND THE TERRY MCQUEEN TESTAMENTARY TRUST, <br><br> PLAINTIFF, <br><br> V. <br><br> THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, <br><br> DEFENDANTS. | CASE NO.: 1:21-CV-06393 <br><br> JUDGE ROBERT M. DOW, JR. <br><br> MAGISTRATE JUDGE JEFFREY T. GILBERT |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff, Chadwick McQueen, an Individual; and the Terry McQueen Testamentary Trust ("Plaintiffs"), and defendant, DittoArtShop, identified on line 111 of the Schedule A of the Complaint, have reached a mutually satisfactory resolution of all issues between them that were the subject of this action, and, pursuant to Fed. R. Civ. P. 41(a)(1)(a)(ii), hereby jointly request and stipulate to this dismissal with prejudice, with each party bearing its own costs and attorneys' fees. Upon entry of this dismissal, the Parties agree and acknowledge that Defendant's pending Motion to Dismiss [31] will be denied as moot.

1

Dated: February 1, 2022 Respectfully submitted,

*/s/ Alison Carter*
Ann Marie Sullivan
Alison Carter
AM Sullivan Law, LLC
1440 W. Taylor St., Suite 515
Chicago, Illinois 60607
Telephone: 224-258-9378
E-mail: akc@amsullivanlaw.com

**ATTORNEYS FOR PLAINTIFF**

*/s/*   DittoArtShop

*AGENT FOR DEFENDANT*

2