## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

XYZ Corporation

                                        Plaintiff,

v.                                                         Case No.: 1:21−cv−06393

                                                           Honorable Robert M. Dow Jr.

The Partnerships and Unincorporated Associations Identified in Schedule A, et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 4, 2022:

      MINUTE entry before the Honorable Robert M. Dow, Jr: In view of the stipulation of dismissal [36] filed as to Defendant Ditto Art Shop, the motion to dismiss [31] and motion to strike [34] are stricken as moot. Plaintiff may file a motion for default judgment at any time. Emailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.